UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DALE BROWN #53074/418906,<br>Plaintiff | CIVIL DOCKET NO. 1:23-CV-01089<br>SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| LA DEPT OF SAFETY &<br>CORRECTIONS ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 8), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that all claims against Raymond Laborde Correctional Center and James Leblanc are **DENIED** and **DISMISSED WITH PREJUDICE**; all claims against the Department of Corrections are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and the claim for injunctive relief in the form of termination of employees is **DENIED** and **DISMISSED WITH PREJUDICE**.

THUS DONE in Chambers this 15th day of December, 2023.

Robert R. Summerhays
United States District Judge