UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DALE BROWN #53074/418906** | **CIVIL ACTION NO. 23-1089 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **LA DEPT OF SAFETY & CORRECTIONS ET AL** | **MAG. JUDGE PEREZ-MONTES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 39), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment (R. Doc. 31) filed by Defendants is **GRANTED** and this action is **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED in Chambers this 11th day of June, 2025.

_____
**JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT**